JS-6

FILED
CLERK, U.S. DISTRICT COURT

March 12, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>v.<br><br>R&B Sanchez dba McDonald's #5213; Robert E. Sanchez dba McDonald's #5213; McDonald's Corporation,<br><br>    Defendants._____/ | Case No. 2:13-cv-05001-SJO-RZ<br><br>**Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants R&B Sanchez dba McDonald's #5213; Robert E. Sanchez dba McDonald's #5213 (both of these defendants answering plaintiff's complaint collectively as R&B Sanchez dba McDonald's); and McDonald's Corporation,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: March 12, 2014.

*S. James Otero*

United States District Judge